JOHN BREHM, JR., by JOHN BREHM, His Guardian ad Litem, Respondent, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant.

(Argued May 31, 1934; decided July 3, 1934.)

*Theodore Kiendl* and *Edward C. McLean* for appellant. *James A. Leary, Walter A. Fullerton, Lee C. Rich* and *Benjamin R. Leinhardt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.